IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 28 AM 11:00

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT
W.D. OF TN, MEMPHIS

FREDDIE LEE DAVIS,

    Plaintiff,

vs.

No. 03-2081-Ml V

OFFICER MATTHEWS, et al,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have agreed to dismiss this lawsuit with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that by consent this lawsuit is dismissed.

_____
Judge

Date: June 24, 2005

APPROVED:

_____
Jerome C. Payne, Attorney for Plaintiff

_____
Eugene C. Gaerig, Attorney for Defendants

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-28-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CV-02081 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Jerome C. Payne
LAW OFFICE OF JEROME C. PAYNE
605 Poplar Ave.
Ste. 102
Memphis, TN 38105

Freddie L. Davis
P.O. Box 3819
Memphis, TN 38173

Honorable Jon McCalla
US DISTRICT COURT