FILED BY ____ D.C.

05 JUN 30 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FREDDIE LEE DAVIS

VS

OFFICER MATTHEWS, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 03-2081 Ml/V

Upon agreement by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal With Prejudice filed June 28, 2004, this case is DISMISSED with prejudice.

APPROVED:

_(signature)_

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_June 30, 2005_
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_(signature)_
(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___7-1-05___

30



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02081 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Freddie L. Davis
P.O. Box 3819
Memphis, TN 38173

Jerome C. Payne
LAW OFFICE OF JEROME C. PAYNE
605 Poplar Ave.
Ste. 102
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT